CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 06 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

720cv00149

## MAURICE J SINKFIELD

Plaintiff,

Vs.

## FEDERAL BUREAU OF PRISONS et al.,

CASE No.

JUDGE.

## COMPLAINT

Comes now the Plaintiff, maurice J Sinkfield, natural Person, before this Honorable Court with his complaint alleges and Claims as follows.

The Plaintiff, Maurice J Sinkfield C/O UNITED STATES PENITENTIARY LEE P.O. BOX 305 JONESVILLE, VA 24263.

The Defendants, FEDERAL BUREAU OF PRISONS Central Office 320 First Street NW WASHINGTON, DC 20534, Officer T. Brooks, Officer S.W. White, Officer S. White, Officer S. Turner, Officer L. Hornsby, Officer C. Newman, Officer T. Thomas, Officer L. Bailey, Officer M. Hamilton, Officer C. Hamilton, Officer N. Smith, Officer B. Calton, Lt S. Lively, Lt P. Necessary, Lt C. Davis, Lt J. Bowles, Lt A. Johnson, Officer J. Martin, Lt J. Nichols, Officer

Page 1 of 30

meade Nurse Practitioner, Officer L. Collins, officer J. Brown and multiple unknown officers and supervisors, U.S. Department of Justice, Federal Bureau of Prisons United States Penitentiary Lee P.O. Box 900, Jonesville, Virginia 24263-09-00

1. The Plaintiff, maurice sinkfield, a Natural Person was subjected to cruel and unusual Punishment, inhumane, torturous, unconstitutional conditions and treatment while at the United States Penitentiary Lee in custody under the Judgment of the U.S. District Court N.D. Ohio eastern division (cleveland).

2. On July 30, 2019 to August 2, 2019 the defendants Principle Place of business is in Jonesville, Virginia 24263 at U.S.P. Lee.

3. This is a civil lawsuit being Prosecuted within this Honorable Courts Common-law Jurisdiction. In this case the defendants did knowingly and intentionally violate the Constitutions's Eighth Amendment and Eighth Article Commands against cruel and unusual Punishment. The defendants are also charged civil rights violations. The Plaintiff, maurice sinkfield, certify that the matter in controversy exceeds the sum or value of eighty-five thousand U.S. dollars ($85,000.00) exclusive of interest and cost, and is between the Plaintiff, maurice sinkfield, a Natural Person and the Defendants Federal Bureau of Prisons et al.

4. This Honorable Court has original Jurisdiction over this case in accordance with Title 28 U.S.C.

1331 chapter 85 Part IV. This civil action at common-law is arising under the U.S. Constitution. The events giving rise to the Claims asserted herein occurred within the special Maritime and Territorial Jurisdiction of the United states. 18 U.S.C. 7 (3)., to wit: United States Penitentiary Lee. Jurisdiction and Venue is Proper.

5. Jury Trial Demand, the Plaintiff, maurice sinkfield, respectfully moves this Honorable Court for Jury Trial in accordance with the Constitutions's Article VIII (7) and Amendment VIII (7). This is a civil suit at common law, where the value in Controversy exceed twenty dollars.

6. Claim For Relief, the Defendants is liable to the Plaintiff maurice sinkfield, for damages and injuries thereby caused in excess of or in the amount of $ 666,666,666.00 lawful money of the United States, a Dollar is 371. 25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to maurice sinkfield

8. Federal Tort Claim 28 U.S.C.S 2671 - 2680, this civil action is not a 42 U.S.C.S. 1983 action, But, it is a Federal tort Claim action.

page 3 of 30

9. STATEMENT OF CLAIM, On July 30, 2019 maurice. sinkfield was transported to the United States Penitentiary Lee. in Jonesville, VA, by the Federal Bureau of Prisons. During the intake Process, in the receiving and discharge department, Officer S. DePriest asked maurice sinkfield to Provide, 'MAURICE J SINKFIELD's Social Security Account Number, and to Provide his written and human Signatures, that would have been Placed on the instrument offerred to maurice sinkfield by Officer S. DePriest. The Plaintiff maurice. sinkfield then denied Officer S. DePriest's request after she refused, her obligation, to Provide maurice sinkfield with full discloser of the instrument she asked maurice. sinkfield to Fill out and sign, and after she, refused to inform maurice. sinkfield of exactly what the federal agency was going to do with the Social Security Account Number, written and human signatures. It is Officer S. DePriest's duty, upon her request to individuals to disclose. their Social Security Account Numbers, to inform the individuals whether (1) Disclosure is mandatory or voluntary, (2) By what statute. or other authority such number is solicited, and (3) What uses will be made of it. See 68 FR 32985, 32993, June 3, 2003, added Part 802.

Instead, Officer S. DePriest became very angry with maurice. sinkfield because he would not fill out and sign the instrument that she offerred to him. Officer S. DePriest then demanded maurice sinkfield to Follow her to a small office, located near her work station in the receiving and discharge department, to talk to someone. else about the instrument she offerred to him and why he will not accept it. Upon their arrival, in the office. were Special Investigation Service. or SIS It J. Bowles, Officers P. Necessary. and J. Sexton. Officer S. DePriest began telling them "maurice. sinkfield does not want to sign anything and does not want to provide the Social Security Account Number to us."

Lt J. Bowles then asked maurice sinkfield to come into the office and sit in the chair against the wall that faced the desk where STS P. Necessary, J. Sexton sat behind and Lt J. Bowles stood next too. After maurice sinkfield sat in the chair STS P. Necessary then asked maurice sinkfield "why won't you Provide us with Social Security Account Number and your Signatures?" Then maurice sinkfield answered " the instrument that officer S. DePriest offerred to me cannot be accepted because officer S. DePriest would not fully disclose the instrument, its Purpose, and what uses will be made of the Social Security Account Number and by what statute or other authority the Social Security Account Number is Solicited." Lt J. Bowles then said to maurice sinkfield "give us the Social Security Account Number and sign the document." And maurice sinkfield then replied stating " without full disclosure in writing, and without my mutual assent I do not sign instruments and Provide Private information." Lt J. Bowles then said "I don't care sign the document and fill it out." And maurice sinkfield then said "I guess my only option remaining is to use the administrative remedies availiable to me to resolve this matter."

Lt J. Bowles then became angry with maurice sinkfield and screamed at maurice sinkfield telling him "stand up turn around and Put your hands on the wall!" Lt J. Bowles then Placed maurice sinkfield Under arrest for not Providing the Social Security Account Number and for not signing the instrument offerred to him by Officer S. DePriest.

Lt J. Bowles then secured handcuffs on Maurice sinkfield's wrisks and restraining maurice sinkfield's hands behind his back. Lt J. Bowles and STS P. Necessary then began violently attacking Maurice sinkfield and inflicting serious bodily harm upon maurice sinkfield's body.

page 5 of 30

SIS P. Necessary violently grabbed and squeezed the neck of maurice sinkfield causing bones to crack and pop resulting in intense pains and shortness of breath. Lt J. Bowles violently and forceably grabbed maurice sinkfield's body and forced him into a standing face down position. And both Lt J. Bowles and SIS P. Necessary then forced maurice sinkfield to walk facedown backwards out of the office and into the receiving and discharge department where Officer S.W. White approached and asked SIS P. Necessary "do you want me to get him?" SIS P. Necessary then said "yes." Officer S.W. White then grabbed maurice sinkfield's neck and choked him cutting off his air supply and induring his neck. Lt J. Bowles and Officer S.W. White then forced maurice sinkfield to walk backwards facedown from the receiving and discharge department to the Special Housing Unit hereinafter reffered to as SHU. Lt J. Bowles did inflict intense pain upon maurice sinkfield's left arm and wrisk by twisting the stainless steel handcuff's and forceably pulling the left arm.

Upon entering the SHU's holding cell Officer S.W. White rammed the left side of maurice sinkfield's face and head into the rear wall in the holding cell which did cause maurice sinkfield to suffer a concussion, possible bleeding in his brain, a bleeding cut on the left side of face. The impact, force and concussion caused maurice sinkfield to fall to his knees. Lt J. Bowles, Officers S. White and S.W. White then grabbed maurice sinkfield's arms, neck and the back of his shirt and then they pushed maurice sinkfield's head towards the floor causing his face and head to violently slam against the floor in the holding cell. This caused maurice sinkfield to suffer a second concussion, shortness of breath, blurred vision, head face neck and back intense pains.

At that time, Lt J. Bowles asked maurice sinkfield "are you gonna Fill out and sign that document now?" "No," said maurice sinkfield. Lt J. Bowles then said to maurice sinkfield "You are gonna stay back here (SHU) with us until you Fill out and sign that document."

The officers then lifted maurice sinkfield to his feet and placed him against the rear wall, grabbed the back of maurice sinkfield's neck, pushed his face and head against the wall; And the officers then snatched maurice sinkfield's pants, socks, shoes and underwear off his body leaving him naked from his waist to his feet. One of the officers then instructed maurice sinkfield to "lift up your foot," and then when maurice sinkfield did so he looked down to his feet and saw the officer was placing a pair of pink woman's panties onto him, then maurice sinkfield hereinafter reffered to as maurice, asked the officers "why are yall putting panties on me?" one of the officers answered and said "easy access to your black ass," then a officer jammed a pointed object into maurice's rectum which then scraped his anus. After maurice felt the sexual assault he turned his head around to see which officer did it (the sexual assault), but, Lt J. Bowles and officers attacked maurice, they grabbed maurice's neck choked him and turned his face back to the wall so maurice could not see their names and faces. The officers then pushed maurice down to his then knees, then slammed maurice's head and face against the rear wall in the holding cell, then officers placed stainless steel shackles on maurice's legs Just above his ankles, officers then removed maurice's shirt and placed a blue paper shirt on him and a steel chain, stainless steel handcuffs with a small steel box connected to the chain, and a key lock securing the restraints. The chain, handcuffs and shackles inflicted intense pains upon maurice's body because officers placed them on maurice's body to tightly.

page 7 of 30

After the officers were done securing the restraints Lt J. Bowles said to maurice "Your gonna stay like that until you fillout and sign that document." Then officers instructed maurice to stay on his knees and face the wall until they exit the holding. 15 minutes after they exited the holding cell a officer did an 15 minute check and asked maurice "You alright" and maurice answered "no" then the officer said "alright we will be back in a few minutes." Between 30-45 minutes Lt J. Bowles and 3 officers returned to the SHU holding cell and they instructed maurice to get on his knees against the wall and face the wall.

Lt J. Bowles and the officers lifted maurice to his feet and forced maurice to walk, as the stainless steel shackles, handcuffs and chain began cutting through maurice's skin, to the nurses station. After Maurice, the officers and Lt J. Bowles arrived at the nurses station Lt J. Bowles instructed maurice to get on the examination table. After maurice got onto the examination table the nurse entered the station and began the examintion. The nurse cleaned the open cut and blood on maurice face; then the nurse checked Maurice's vitals (blood pressure, oxygen levels etc...) then the nurse asked maurice to report any injuries that he have. Then maurice reported to the nurse that he is suffering head, neck, back, knees, rectum and anal injuries. The nurse then determined that the what maurice reported to him is a PREA matter and he exited the nurse station to retrieve a camera recorder.

While the nurse was getting the camera recorder 3 officers stayed with maurice in the nurses station 2 of the 3 officers threatened maurice, telling him to not report any injuries on camera or they

page 8 of 30

will continue to cause. Physical bodily harm to him (maurice). Lt J. Bowles and the nurse returned to the nurses station. The nurse with camera in his hand recording asked maurice "do you have any induries?" and maurice answered "yes" and reported his induries and the sexual assault. And maurice, on camera, requested the presence of a supervisor other then Lt J. Bowles. After the nurse stopped recording and exited the the nurses station Lt J. Bowles instructed the 3 officers to physically and violently cause serious bodily harm to maurice.

One officer violently grabbed maurice's neck and choked maurice cutting off his air supply. The second officer grabbed maurice's left arm and forceably pulled maurice off the examination table. The third officer grabbed maurice's body and push- ed maurice facedown in a standing position with maurice's knees bent and turned maurice backwar- ds. The officers then forced maurice to walk backwards in shackles, handcuffs and a chain that was placed on him very tightly which inflicted intense pain to and caused damages to maurice's wrisks, legs, ribs and skin.

The officers and maurice exited the nurses station and entered the SHU's hallway. While walking the officers said to maurice "Your a stupit fucking nigger," and "We're gonna beat Your ass all day and night," and "Your going to learn to keep Your mouth shut and to do what your told nigger," and "your gonna die slow nigger," and "I'm gonna stick someth- ing up Your ass now."

Upon entry in the SHU's A range holding cell Z01-101 the officers began torturing maurice.

The officers violently slammed maurice to his knees and rammed maurice's head and face against the rear wall in the holding cell, then the officers punched Kicked and stomped maurice's back, ribs, head, legs, chest, stomach and buttocks. The officers each grabbed maurice's throat and choked him cutting off maurice's air supply. The officers stepped on and smashed maurice's toes using the bottom front part of their boots. The officers repeatedly rammed maurice's head and face against the rear wall and floor in A range holding cell 701-101 causing maurice to suffer multiple concussions. The attacks lasted for about 30 minutes then the officers exited the holding cell leaving maurice laying on the floor in need of medical attention.

Two (2) hours later 8 to 10 officers entered the holding cell. Among the officers were S. White, C. Hamilton, T. Brooks and S. Turner. The officers prior to entering instructed maurice to get on his knees and face the wall and after maurice did what officers instructed him to do the officers charged into the holding cell and rammed the force team's sheild against maurice's back, neck and head. The force from the impact caused maurice's face and head to slam against the wall. This caused maurice to suffer another concussion and the impact from force team's sheild caused maurice to suffer back, neck and chest pains and injuries. The officers used the force team's sheild to harm maurice. The officers punched maurice's head, face and ribs; and the officers Kicked maurice's legs and feet and smashed maurice's toes by standing on his toes and stomping on maurice's toes. The officers yanked, pulled and twisted the stainless steel handcuffs, shackles and chain which then tore through maurice's skin which then caused bleeding sores and intense pains. The officers attack lasted for about 30 minutes.

page 10 of 30

During this attack officers told maurice, that since he reported the sexual assault and since he did not fill out and sign the document like Lt J. Bowles told him to do, they are going to Physically beat him all day and night. After officers were done inflicting serious bodily harm upon maurice they exited the holding cell, and again, leaving maurice on the floor of the cell in need of medical attention.

Every two (2) hours for the rest of the day and the night the officers tortured maurice. The officers inflicted serious bodily harm upon maurice by ramming the force team's sheild against maurice's head, neck and back, by Punching and Kicking maurice's face, head, legs, left and right ribs; by stomping maurice's feet and toes; by yanking, pulling and twisting the stainless steel handcuffs, shackles and chain that was Placed on maurice's legs, wrisks and upper body very tightly which ripped through maurice's skin causing bleeding and intense Pains; The officers deprived maurice of the right to eat food, drink fresh water, day light and fresh air; to use the bathroom, medical attention, sleep, bed and sheets, Clothing, shoes, legal materials, to administrative remedies.

During the beatings of maurice in the A range holding cell Z01-101 officers would asked maurice "who is the President?" and when maurice answers "Donald Trump" the officers would then say "good answer" the officers then would stop beating maurice after he answer the questions correctly.

Later that night maurice fell asleep on the floor inside the holding cell. He had no bed and sheets and he (maurice) was still in restraints with no clothing on.

Page 11 of 30

Officer T. Thomas then approached the observation window while doing the 15 minute check and noticed maurice was asleep. Officer T. Thomas then banged on the window to wake maurice up, but, maurice remained on the floor and fell back asleep. About an hour later Lt S. Lively, officers T. Thomas and C. Newman then entered the holding cell (Z01-101). Officer C. Newman then ran towards and tackled maurice while he was on his knees facing the wall defenseless in shackles, handcuffs and chain. Lt S. Lively then used the force team's sheild to strike maurice's head and upper body. Officers T. Thomas and C. Newman punched and kicked maurice's head, ribs and legs while Lt S. Lively smashed maurice by holding the force team's sheild on maurice's chest and using his body weight. Officers T. Thomas and C. Newman lifted up maurice to his feet and placed him against the rear wall. Lt S. Lively then placed the force team's sheild back onto maurice's chest, officer C. Newman then smashed maurice's face against the wall, officer T. Thomas then grabbed, and held against maurice's chest, the force team's sheild and Lt S. Lively then readjusted the shackles and handcuffs making them tighter which did cause more intense pains and swelling to maurice's legs and wrisks.

While Lt S. Lively was readjusting the handcuffs he punched maurice's penis 2 times. Lt S. Lively then explained to maurice that during 15 minute checks when his officers approach the window and look into the cell he (maurice) better not be asleep or they (Lt S. Lively and officers) are going to beat him (maurice) more extremely harsher. The beatings continued every two hours for 2 days and 12 hours.

page 12 of 30

The next day (July 31, 2019), maurice sitting on the floor leaning against the rear wall in cell Z01-101, waiting for the next unlawful beating by U.S.P. LEE's all white officers and supervisors. Officer C. Hamilton then approached the observation window told maurice "Face the wall on your knees," and after maurice did what C. Hamilton instructed 8 to 10 officers and supervisors entered the cell rammed the force team's sheild into maurice's head, neck and back and that caused maurice's face, head and chest to forcefully and violently hit the wall resulting into maurice experiencing difficulty breathing, chest, back and head pains, concussions and vision and hearing lost.

The officers (C. Hamilton, L. Hornsby, T. Brooks, J. Martin, S. White and many more staff personel) unlawfully beat maurice. The officers grabbed maurice's throat and choked him cutting off his air supply. The officers punched maurice's head, face, ribs and neck. The officers kicked and stomped maurice's legs and feet. The officers pulled and yanked the handcuffs, shackles and chain repeatedly which caused the stainless steel handcuffs, shackles and chain to cut deeper into maurice's flesh. The officers repeatedly slammed the bottom edge of the force team's sheild into the back of maurice's legs and feet. The officers inflicted intense pains and serious bodily harm and injuries to maurice's body. And the attacks, by officers, lasted for about 20 to 30 minutes, then the officers exited the cell leaving maurice on the floor in need of medical attention.

At around 6:25 AM on July 31, 2019 maurice had fallen asleep. Officer M. Hamilton approached the observation window and observed maurice sleeping laying on his back on the floor. He then reported this to Lt S. Lively who then entered the cell with officers T. Thomas, C. Newman and again beat maurice for falling asleep again.

Two hours later first shift officers and Lt J. Nichols entered the cell and began their physical assault on maurice's body inflicting serious bodily injuries and harm. Lt J. Nichols, while officers were beating maurice, repeatedly told maurice not to mention the sexual assault to the administrative staff during their rounds (special Housing Unit weekly checks). Lt J. Nichols made it very clear and obvious that if he (maurice) mention anything about the July 30, 2019 sexual assault by officers to anyone they were going to beat maurice and keep him in restraints for another 24 hours or more. Lt J. Nichols then kicked maurice's right leg. Lt J. Nichols and officers inflicted intense pains and bodily harm upon maurice's body. Lt J. Nichols and officers exited the cell then from the observation window Lt J. Nichols threatened to harm maurice if he did not lay on the mat that they brought in during the physical assault.

The mat was unsanitary, the mat smelled like old dirty mop water, urine and feces. And Lt J. Nichols wanted maurice to lay on the mat and not inform the U.S.P. LEE's administrative staff personel and warden of the sexual assaults and beatings.

At around 11:30 am the U.S.P. LEE's

page 14 of 30

administrative staff entered the SHU's A range, and maurice attempted to speak to them to alert them about the sexual assaults and the beatings but Lt A. Johnson would tell the staff members to not talk to maurice, and the administrative staff ignored and walked away from maurice.

At around 12:35 PM Lt J. Bowles, Lt A. Johnson, officer L. Bailey (staff Psychologist), SHU officers and multiple unknown staff entered the A range holding cell Z01-101. After SHU officers Placed the force team's sheild against maurice's back while he faced the rear wall on his knees, officer L. Bailey allegedly began a Psychology restraint review on maurice. officer L. Bailey asked maurice questions regarding the sexual assault. And maurice answered all officer L. Bailey's questions. He (Maurice) explained to officer L. Bailey and everyone else present in the cell that officer S. DePriest and Lt J. Bowles had him (maurice) sexually assaulted and tortured after he (maurice) did not voluntarilly sign instruments offered to him by officer S. DePriest. He (maurice) further stated to officer L. Bailey that Lt J. Bowles and SHU officers were trying to take his manhood and trying to make him gay (homo sexual) by sexually assaulting him, Placing women Panties on him, beating him and making homosexual commands and statements to him.

Officer L. Bailey and everyone else in the cell laugh at and insulted maurice. And they made it very clear and obvious to maurice that nobody cares about his PREA (Prison Rape Elimination Act) claims and him being tortured by officers. Everyone then exited the cell and only maurice remained in the cell.

About 20 minutes later Lt J. Bowles, Lt A. Johnson, SHU officers and unknown staff members entered the holding cell. One officer rammed the force team's sheild into maurice's back while he faced the wall on his knees. Lt J. Bowles, Lt A. Johnson and officers began assaulting maurice by choking him, ramming his face and head against the wall, pulling and yanking on the handcuffs, shackles and chain, all of which caused intense pain to maurice's body. Lt J. Bowles then ordered maurice to sign the instrument offerred by officer S. DePriest and Lt J. Bowles further stated that if maurice fails to obey Lt J. Bowles order to sign he (maurice) will remain in restraints and officers will continue torturing maurice.

For over 24 hours maurice was denied food, sleep, clothing and medical attention; and the U.S.P. LEE's officers inflicted upon maurice's body serious bodily harms causing damages to maurice's body. The injuries is criminal because U.S.P. LEE's officers inflicted the injuries knowing and intentionally. See Morissette, 342 U.S. at 250.

After Lt J. Bowles order to sign the instrument and his threat to continue torturing maurice, under duress, threat and coercion maurice told Lt J. Bowles that he will sign the instrument. Lt J. Bowles and officers then forced maurice to walk facedown backwards without clothing and shoes from the holding cell Z01-101A range to the receiving and discharge department, in the presence of multiple female staff personel and inmate workers.

While in the receiving and discharge department officer S. DePriest placed in front of maurice a instrument, that was not the same as the instru-

page 16 of 30

ment offered on July 30, 2019, to sign. And when maurice attempted to read the instrument Lt J. Bowles grabbed and snatched the instrument from maurice's hand and ordered maurice to sign the instrument, maurice then signed the instrument without Prejudice. (without loss of rights).

After Lt J. Bowles saw what maurice wrote above his written signature, and after maurice told staff that officers sexually assaulted him and tortured him Lt J. Bowles became angry with maurice then grabbed maurice's arm and neck Pushing him facedown, and with the assistance of another officer, force maurice to walk backwards facedown back to the SHU A range holding cell Z01-101. After Lt J. Bowles and officers exited the holding cell female and male staff approached the observation window Pointing and laughing at maurice, because Lt J. Bowles and SHU officers forced maurice to walk backwards facedown bent over forward while wearing only a pair of womens Panties that showed maurice's anus, penis and buttocks.

Around 2:15 PM officer L. Hornsby while making a 15 minute check on maurice, falsely claimed that maurice tampered with locking device. Specifically, officer L. Hornsby falsely claimed that maurice twisted both his wrisks in an attempt to defeat the hand restraints and inflict self harm upon himself. Officer L. Hornsby then utilized his radio and called for assistance on A-Range in the SHU holding cell Z01-101. Officer L. Hornsby then told maurice to face the wall and get on his knees, maurice then did so. officers then entered the holding cell and tackled, Piled on top of maurice, then officers Punched, grabbed maurice's throat and choked him.

page 17 of 30

Officers, then Placed maurice in a restraint chair, restrained maurice and then transported maurice to B-Range cell Z03-201 and Placed maurice on a concrete cement block then Placed handcuffs on maurice's wrisks and cuffed maurice's wrisks to the steel bars on both sides on top of the concrete cement block stretching maurice's arms above his head and to the left and right corners of the concrete cement block. Officers Placed shackles on maurice's legs Just above his ankles then secured the shackles to steel bars on both sides on top of the concrete cement block, stretching maurice's legs in opposite directions. There were no bed or mat on the concrete cement block. After officers secured maurice on the concrete cement block they began exiting the cell and officers repeatedly Punched maurice's right side ribs.

Two hours later, Lt J. Bowles, Officers T. Brooks, S. White, J. Martin, L. Hornsby and multiple unknown officers entered the cell. Officer T. Brooks then slams the force Team's sheild on maurice's face, chest and stomach causing chest Pains, shortness of breath, Possible chest contusion, busted bottom liP and face Pains. Lt J. Bowles began talking to the officers while they all stood around maurice and T. Brooks Puts his upper body weight on the sheild smashing maurice's chest causing him to have difficulty breathing. Lt J. Bowles then Says "I checked his files and it says he (maurice) was charged with a sex offense." Lt J. Bowles then Paused for a moment then he said "but he wasn't found guilty though." The meeting continued for about 5 minutes then officers began Punching maurice's face and ribs. Officers then began exiting the cell and when all officers exited, except T. Brooks,

page 18 of 30.

Officer T. Brooks Punched maurice's Penis very hard. The injury hurt maurice so badly that maurice screamed; and officer T. Brooks then lifted up the sheild and struck maurice's face with the bottom edge of the sheild by driving the sheild in a downward motion into maurice's face inflicting intense Pains. Officer T. Brooks then exited the cell.

After about 5 to 10 minutes maurice's eyes began to burn and tear up, and maurice heard a machine engine running. The engine sound came from the cell's fresh air vent; maurice then realized that the officers were Pumping tear gas into the cells through the ventilation system.

Two hours later, officer T. Brooks, Lt J. Bowles and multiple unknown officers entered the cell. Officer T. Brooks again slams the force team's sheild on maurice's face, chest and stomach. And before they began to beat (Physically assault) maurice again he (maurice) told the officers that he wants to speak with Lt Bellemy, maurice then further stated to the officers that he wants them (the officers) to tell Lt Bellemy that he (maurice) thought about it and he has made a decision. Lt J. Bowles then asked maurice. "what decision did you make?" And maurice answered "I decided to ride out," and maurice said "I'm Just gonna leave, no more agression is need-ed." Lt J. Bowles then stated to officers "you see sinkfield is a stupit motherfucker but he's starting to figure it out." Lt J. Bowles and officers began exiting the cell and officer T. Brooks again Punched maurice's Penis but harder then he did the first time, then officer T. Brooks lifted up the sheild and with the bottom edge of the sheild struck

maurice's face, causing damages and inflicting intense Pains.

Every two hours officers S. Turner, C. Newman, T. Thomas, Lt C. Davis, Lt S. Lively and mutiple unknown officers would enter the cell and slam the force Team's sheild on maurice's face, chest and stomach, then repeatedly Punch maurice's body. Officer S. Turner would repeatedly grab maurice's throat and choked him cutting off his air supply. Lt C. Davis would walk on maurice's chest, stomach and stepped on maurice's Penis then Jumped up and down smashing maurice's Penis with his feet inflicting intense pains to maurice's chest, stomach and Penis. Lt S. Lively would enter the cell and unlock the handcuffs attached to the steel bars and then Place maurice's arms in Positions that inflicted intense Pains, then Lt S. Lively would secure the handcuffs back on the steel bars and leave only to return two (2) hours later to change maurice's arms in another Painful Position. Lt C. Davis with two of his fingers grabbed and Pinched maurice's skin on his left leg and then injected a needle inbetween his two fingers and into maurice's leg where Lt C. Davis injected an unknown substance into maurice's body.

As the night went on the officers would bang on the cell's door and scream at maurice calling him a gay nigger and saying "you better not be sleep, I'm gonna beat you ass." And every two (2) hours the officers entered the cell and tortured maurice. U.S.P. LEE's SHU is operating in a manner of a Prisoner of War Prison because the officers tortured and sexually assaulted maurice, in the SHU, for 2 days and 12 hours.

page 20 of 30

Earlier that day (July 31, 2019 at around 2:30 - 3:00Pm) The nurse entered the cell (B-Range ZO3-201) with a camera recording, but, Prior to the nurse entering the cell officers Physically assaulted maurice, and officers threatened to torture maurice on the concrete cement block if he report any injuries to the nurse when he enters the cell and ask maurice if he(maurice) have any injuries. And the officers explained to maurice that if he reports any injuries they will edit the Video camera's recordings of maurice's injury report to the nurse.

The nurse entered the cell and then asked maurice "do You have any injuries?" Under threat, injury, and duress maurice answered "No." At that time the officers who tortured and threatened maurice were all around maurice inside the cell while maurice lay on the concrete cement block without a mat or bed, injuried in need of medical attention, restrained and defenseless. After the nurse stopped the Video camera and exited the cell maurice was ordered, by officers, to not fall asleep. And if found asleep by officers during 15 minutes checks, officers told maurice that they will inflict serious bodily harm upon his body. The officers and supervisors exited the cell leaving maurice under orders to not sleep, in restraints on the concrete cement block without a mat or bed, nor food and water for another 24 hours, then officers Pumped tear gas in the cell through the Ventilation system which did burn maurice's eyes and caused a buildup of an unknown substance around maurice's eyes.

On August 1, 2019 at around 1:00 PM officers and their supervisors (Lt A. Johnson and other supervisors) entered the cell. One of the officers then slamed the force team's sheild on maurice's face, chest and stomach. Lt A. Johnson and other supervisors then told maurice to not make anymore PREA claims against their officers. And if he (maurice) do make anymore PREA claims against their officers they will place maurice back on the concrete cement block in restraints for longer then 24 hours. The supervisor then asked Maurice if he agreed to remain silent about the sexual assaults committed by officers and against his natural person and to not pursue sexual assault and any other claims against their officers in exchange for being released from the restraints and allowed off the concrete cement block. Due to the extremely painful treatment and conditions in the SHU that maurice was being subjected too, maurice told the officers and staff that he *will not make anymore claims.*

The supervisor then advised maurice that he will be let off the concrete cement block in two (2) hours, then officers and supervisors exited the cell. At around 3:00 PM officers entered the cell and uncuffed maurice's wrisks from the steel bars and placed maurice's wrisks back in the handcuffs that was attached to the chain that was wrapped around maurice's body and hooked up to a small steel box that covered and secured the handcuffs. The officers then uncuffed maurice's legs then placed shackles on maurice's legs. When officers moved maurice's body (arms, legs, upper body) it was very painful. Officers had to help maurice move his arms and legs and to sit up on the concrete cement block and maurice had to be assisted with standing up due to the treatment and

page 22 of 30

Conditions that maurice was subjected too. The officers then escorted maurice to B-Range. holding cell. He (maurice) had a very difficult time walking because his legs were swollen and in pain and because the shackles were placed on maurice's legs to tight.

After about two (2) hours of waiting in B-Range. holding cell officer C. Hamilton and 2 other officers entered the cell after maurice got on his knees and faced the rear wall. Officer C. Hamilton began removing the shackles, handcuffs, then the chain. After officer C. Hamilton removed the restraints he sexually assaulted maurice by inserting his finger in maurice's rectum then pulled the top of women's panties, that maurice was forced to wear, back and released the panties and the panties slapp against maurice's buttocks. Officer C. Hamilton then laughed with the other officers that was present in the cell. Officer C. Hamilton then ordered maurice to face the wall until they exit the cell; and, before the officers fully exited the cell officer C. Hamilton said to maurice "no more PREA claims against officers," then he closed and locked the cell door.

About an hour later maurice was escorted, in panties no clothing, to C-Range cell 241. officers would not give maurice a mat so maurice had to sleep on the steel bunk bed frame. for the rest of the day and night up to the time he (maurice) was released from the SHU. Two (2) hours later Nurse Practitioner L. Caudill approached the cell and provided maurice with a health evaluation questionnaire but no pen or pencil to write with, which prevented maurice from reporting his injuries and health concerns to medical staff.

Officer E. Heaney then delivered 4 of 6 incident reports. All six incident reports were written and issued by officers in retaliation for maurice's PREA Claim made against officers on July 30, 2019; and to falsely claim accusations that would justify their use of force against maurice on July 30th and 31st, 2019 and August 1, 2019 when there was no justifiable reasons to use any force against maurice.

On August 2, 2019 maurice was released from the SHU and assigned to housing unit K cell 319. While being Prepared for release from the SHU Lt J. Bowles threatened to harm maurice if he (Lt J. Bowles) finds out maurice reported anything that happened to him (maurice) in the SHU, maurice was then released and he reported to the housing unit K as ordered by officers.

Not more then two (2) weeks later maurice received a call out for medical and after maurice reported to the medical department Nurse Practitioner N. Smith Conducted a Physical on maurice. During the Physical maurice reported to Nurse N. Smith that he had been sexually and Physically assaulted by officers in the SHU. He (maurice) reported to Nurse N. Smith that he was urinateing blood and that his Penis has been hurting since officer T. Brooks sexually assaulted him by Punching maurice's Penis repeatedly. He (maurice) showed Nurse N. smith the scars and soars on his legs, Just above his ankles, and on his wrisks. Nurse Practitioner N. Smith refused to document maurice's injuries, claims of sexual and Physical assaults, and Nurse N. Smith refused to take Pictures of the scars and soars on maurice's legs, wrisks and face.

Nurse N. Smith then attempted to compel maurice to sign a instrument wherein stating that maurice does not want to be tested by the CDC agency. Since maurice would not sign the instrument Nurse N. Smith then placed a unauthorize signature on the instrument and refused to provide maurice with a copy of the instrument after his request. After maurice witnessed Nurse N. Smith conduct, including her refusal to provide medical treatment to maurice, he determined that it is not in his best interest to seek any medical assistence at U.S.P. LEE's medical department. A few months later Nurse Practitioner meade placed maurice on the medical call out list and after maurice reported to the medical department Nurse meade offerred the same instrument to maurice that Nurse N. Smith offerred. Nurse meade then called a officer to arrest maurice if he did not sign the instrument upon demand. maurice then signed the instrument without Prejudice (without loss of rights) under threat of being arrested, sexually and physically assaulted by officers in the SHU again, for not signing an instrument offerred to him by a White Woman.

On August 05, 2019 officer L. Collins held a hearing and found maurice guilty of 2 refusing to obey an order charges (code of conduct 307) and 1 being insolent to staff member charge (code of conduct 312). Officer L. Collins imposed sanctions, lost of 42 days good conduct time, lost of email communication for 90 days. On August 06, 2019 Officer J. Brown held a hearing and found maurice guilty of disruptive conduct (code of conduct 299). Officer J. Brown imposed sanctions, lost of 27 days good conduct time, lost of phone communication for 180 days. See maurice's disciplinary record for more details.

Page 25 of 30

Officer B. Calton, on or around August 06, 2019, did tell inmates that maurice was found guilty of gross sexual imposition and kiddnapping in 2002 in the Franklin County common Pleas Court and that a child was involved. Case manager officer B. Calton also told inmates that maurice is a child molester, beat him (maurice) up and get him out of the unit. After maurice Provided the inmates with his full name and birth date the inmates used their resources and discovered that maurice was not found guilty of gross sexual imposition and Kiddnapping, and that maurice is not a child molester or rapist. The inmates discovered that Officer B. Calton was trying to trick the inmates into doing the officers dirty work, that is, Physically assaulting maurice. The inmates Knew that had they attacked maurice the officers would have claimed that all the injuries and scars that maurice had was a result of the attack by the inmates.

Officer B. Calton attempted to cause Physical bodily harm to maurice by having inmates Physically assault maurice based on false information. Officer B. Calton actions Created a substantial risk of serious bodily harm to maurice.

U.S.P. LEE's officers L. Collins and J. Brown suspended maurice's Phone and email access only to Prevent maurice from contacting Family and federal authorities to report the sexual and Physical assaults and seek relief. The entire time that maurice has been in the custody of the Federal Bureau of Prisons he has not been able to make any Phone calls and maurice has not, upon multiple requests, been Provided with any of the forms needed to seek the available administrative remedies.

page 26 of 30

10. Administrative Remedies, in this case the Plaintiff did not exhaust his administrative remedies due to the remedies being unavailable.

In Ross v. Blake, 195 L. Ed. 2d 117 (2016) the Supreme Court made it clear that the exhaustion requirement of the PLRA was mandatory, with one exception: unavailability. Id at 1852.

The Plaintiff in this case repeatedly requested forms so that he might exhaust his administrative remedies, as to the claims within this complaint. And the Plaintiff's requests were not answered nor did Plaintiff receive the requested forms.

"A Prisoner need not exhaust remedies if they are not available." Ross at 1855 also see Dole v. Lappin, 376 F.3d 652, 656 (7th cir. 2004) mitchell v. Horn, 318 F.3d 523, 529 (3d cir. 2003) (inmate lacked available remedies for exhaustion purpose where inmate was unable to file a grievance because prison officials refused to provide him with the necessary grievance forms) miller v. Norris, 247 F.3d 736, 740 (8th cir. 2001) (allegations that prison officials failed to respond to his written requests for grievance forms were sufficient to raise an inference that inmate had exhausted his available administrative remedies)." Quoting Routh v. Young, 2019 U.S. Dist Lexis 114516 (4th cir. 2019).

In Closing, see Exhibit(s) ____ (unanswered requests for forms).

11. A violation of the Eighth Amendment's command against cruel and unusual punishment by the defendants acting under color of Federal authority give rise to a Federal cause of action for damages consequent upon the defendants's unconstitutional conduct. Federal Courts have the power to award damages for violations of constitutionally protected interest, and that the traditional judicial remedy for damages was appropriate to vindicate the personal interest protected by the Eighth Amendment. Where legal rights have been invaded, and Federal statute provides for a general right to sue for such invasion, Federal Courts may use any available remedy to make good the wrong done. The essence of civil liberty consists in the right of every individual to claim the protection of the laws whenever he receives an injury. See Bivens v. Narcotics agents, 29 LED 2d 619, 403 U.S. 388.

A Prisoner has a Constitutional right to be free from cruel and unusual punishment, and a Prison guard has a concomitant constitutional duty to protect the prisoner from such harm. See United States v. Serrata, 425 F.3d 886.

12. Pierce the Corporate Veil, the Plaintiff respectfully moves this Honorable Court for judicial act(s) imposing strict personal liability on the Defendants. The common law principles to Pierce the corporate veil and hold the Defendants personally liable for the debt mentioned above (claim for relief) must and shall apply. This Honorable Court can and should allow the

page 28 of 30

Plaintiff to Pierce the corporate veil in order to Provide a meaningful remedy (ies) to the Plaintiff for injuries and damages he suffered and to avoid injustice.

The Plaintiff, maurice sinkfield, was unjustly harmed by the defendants and it will be appropriate to strike through the general liability shield and get at the Defendants because they have so misused and disregarded the corporate form, and a corporate entity may be disregarded in the interest of public convenience, fairness and equity. The defendants tortured maurice sinkfield and they ignored the clear signs of abuse and neglect breaching reasonable standards of care and their Constitutional and statutory obligations.

The Prison Conditions and treatment that maurice was subjected to created substantial and serious pshchological, emotional and bodily harm.

Virginia law imposes a particularly "rigorous standard" of proof of, among other things, "some legal wrong" before a "claimant may Pierce the veil and recover from a corporate officer. Perpetual Real Estate Servs., Inc. v. Michaelson Properties, Inc., 974 F. 2d 545, 548-49 (4th cir, 1992). Less stringent standards to Piercing the corporate veil applies in this tort case.

## CONCLUSION

For the foregoing reason the Plaintiff respectfully request this Honorable Court allow him to Proceed to Jury Trial.

## AFFIDAVIT

That I, maurice J. Sinkfield, a natural Person do hereby swear under the Penalty of death under the laws of GOD, the creator of Man, that all facts stated within the foregoing Complaint is the truth and nothing but the truth so help me GOD, and

That I, maurice J. Sinkfield, a natural Person, do hereby swear under the Penalty of Perjury under the laws of the United States that all facts stated within the foregoing Complaint is the truth and nothing but the truth, and

Further Affaint sayth not.

Done this 13 day of January, 2020.

Respectfully Submitted,

maurice Sinkfield

maurice sinkField
Natural Person

From: Maurice J Slink
C/O U.S.P. LEE (63996060)
P.O. BOX 305
Jonesville Virginia 24263

7019 1120 0000 6164 6268

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1120 0000 6164 6268

LEGAL MAIL
Confidential



TO: Office of the clerk
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
210 FRANKLIN ROAD, ROOM 540
Roanoke, Virginia 24011

**U.S. PENITENTIARY - LEE COUNTY**
PO Box 900 - Jonesville, VA 24263
DATE ___2-28-20___
*Special / Legal Mail*
The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction you
may wish to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please return the
enclosed to the above address.